**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FRANKIE MONEGRO, on behalf of himself and all others similarly situated,

                    Plaintiffs,

-against-

THE WRAP NEWS, INC.,

                    Defendant.

------------------------------------- X

ORDER

21 Civ. 3349 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from July 15, 2021 to August 25, 2021 at 9:30 a.m.

Dated: June 23, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE