UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FRANKIE MONEGRO, on behalf of himself and all :
others similarly situated,

                          Plaintiffs,

       -against-                                ORDER

THE WRAP NEWS, INC.,                       21 Civ. 3349 (GBD)

                        Defendant.
------------------------------------- x

GEORGE B. DANIELS, District Judge:

       The initial conference is adjourned from August 25, 2021 to November 9, 2021 at 9:30 a.m.

Dated: August 19, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE